UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

RAFAEL NOVAS                                :

           Plaintiff(s)           :            **JUDGMENT**

(vs)                                        :

                                                          Civil #09-3344 (RBK)

BAYSIDE STATE PRISON, ET AL.                :

           Defendant(s)          :

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on November 18, 2010 and no timely objection having been filed,

IT IS, on this 4th   day of April,  2011

ORDERED that the report of Hon. John W. Bissell dated November 18, 2010 is hereby affirmed and Judgment of No Cause For Action  be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Rafael Novas.**

                                                           _____
                                                           HON. ROBERT B. KUGLER, U.S.D.J.